EMERGENCY REMEDY 8 YEARS
04-01-2015 77,309-01,02, 03 BG
"Fixing to parole or MAX IT off" offense

DEAR RANK AUTHORITY OF COURT OF CRIMINAL OF APPEALS YES I NEED YOU TO MAIL ME A COPY of the 3 WRITS ████ I FILED on my 8 year STACKING 3-11-17 OFFENSE I GOT IN 2009 + 2010 "MARCH" I ALSO NEED A ACTUAL COPY OF THE 3 WRITS + the paperwork Filed. I believe their IS still on FILE + I need A COPY of the WRITS FILED. I WAS SENT them A CARD + I NEED A COPY OF THE ACTUAL DENIALS with DATES. FOR THE FACT I need everything on ME ON THOSE 3 ISSUES my paralegal IS doing my paperwork + DOING A FRESH 22.54 A APPEAL FEDERAL STYLE TO EXONERATE shorten or throw OUT MY CASE. PLEASE CONTACT me with MY CASE # AS WELL + everything you have to help me ON this MATTER TODAY + please send me this document paper BACK SO I don't have to repeat MYSELF TO whom IT MAY concern I don't know wheir to turn or who to CONTACT ON this INFORMATION I MUST have + GET From your office I don't even KNOW MY CASE # respectfully. MS CRYSTAL NICOLE MERCADO

RECEIVED IN COURT OF CRIMINAL APPEALS
MAR 30 2015
Abel Acosta, Clerk

★ ON CRYSTAL MERCADO - NICOLE ← middle name

★ SECURITY INFO.

INCARCERATED

with The

★TEXAS

DEPARTMENT OF

CRIMINAL JUSTICE

CASE WAS OUT

OF "BEXAR COUNTY"

SAN ANTONIO, TEXAS

SENTENCED FEBRUARY 18,
2010
TO TDCJ.